IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOSJO LASHEA EDDINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:10-cv-0188-TMH |
| | ) | WO |
| STANLEY CARTER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #8) to the Recommendation of the Magistrate Judge filed on May 4, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on April 19, 2010 is adopted;

3. That plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 3rd day of June, 2010.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE